FILED APR 12 '07 11:49 USBCRI

**R.I. Bankr. Form S**
***See* R.I. LBR 8001-1**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Martin S Malinou

Debtor(s)

BK No.
Chapter 13

~~AMENDED~~

## APPELLANT ELECTION FORM

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated March 29, 2007, Doc. No. 71.

| APPELLANT(S) | APPELLEE(S) | |
|---|---|---|
| Martin S Malinou | Seattle Savings Bank, and John Boyajian, Chapter 13 Trustee | |
| Attorney (Firm Name, Address, and Telephone No.) Martin S Malinou, pro se 334 Smith Street Providence, RI 02908 Telephone (401) 331-6554 | Attorney (If known) Peter Furness, Esq. 362 Broadway Providence, RI 02909 (401) 453-2300 | John Boyajian, Esq. 182 Waterman Street Providence, RI 02906 (401) 273-9600 |

[ ] I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

[X] I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: [signature]
Signature of Attorney (or Appellant, if pro se)

Dated: April 11, 2007

| Attorney or Appellant Name, Address , Telephone, and Fax Number | FOR COURT USE ONLY |
|---|---|
| Martin S Malinou<br>334 Smith Street<br>Providence, RI 02908<br>Telephone (401) 331-6554<br>Fax (401) 331-6554<br>*Attorney for Appellant* | |
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF RHODE ISLAND** | |
| In re:<br>Martin S Malinou<br>Debtor (s) | |
| Debtor's Social Security No(s). xxx-xx-3140 | CHAPTER 13<br>CASE NUMBER 06-11456 |
| Employer's Tax Identification Nos. [if any] | ADVERSARY NUMBER |

FILED APR 12 '07 11:49 USDCRI

~~AMENDED~~

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☐ plaintiff ☐ defendant or ☒ other party (specify name of party) Martin S Malinou, appeals under 28 U.S.C. section 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe judgment, order or decree) plan confirmation denied with prejudice entered in this ~~adversary proceeding or other~~ proceeding (describe other proceeding) confirmation hearing on the 29 day of March, (year) 2007.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows:

(Print or type names, addresses, telephone, and fax numbers)

Martin S Malinou, pro se
Debtor
334 Smith Street
Providence, RI 02908
Telephone (401) 331-6554
Fax (401) 331-6554

John Boyajian, Chapter 13 Trustee
182 Waterman Street
Providence, RI 02906
Telephone (401) 273-9600
Fax (401) 273-9605

SEATTLE SAVINGS BANK

Peter J Furness, Esq.
Attorney for Seattle Savings Bank
362 Broadway
Providence, RI 02909
Telephone (401) 453-2300
Fax (401) 453-2345

CONTINUED ON NEXT PAGE

Notice of Appeal - Page Two (2)

**Form 17**

| In re (SHORT TITLE) | CHAPTER 13 |
|---|---|
| Martin S Malinou Debtor. | CASE NUMBER 06-11456 |

Dated: April 11, 2007

Signature (*Attorney for Appellant or Appellant if not represented by an Attorney*)

(Print or type name, address, telephone and fax numbers)

Martin S Malinou, pro se
334 Smith Street
Providence, RI 02908
Telephone (401) 331-6554
Fax (401) 331-6554

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158 (c), to have the appeal**

FILED APR 12 '07 11:49 USBCRI

FILED APR 12 '07 11:49 USBCRI

## PROOF OF SERVICE

STATE OF RHODE ISLAND
COUNTY OF Providence

1. ~~I am employed in the County of ________________, State of Rhode Island. I am over the age of 18 and not a party to the within action. My business address is as follows:~~

2. **Regular Mail Service:** On April 11, 2007, I served the documents described as AMENDED APPELLANT ELECTION FORM, AMENDED NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Providence, Rhode Island, addressed as set forth below.

Peter J Furness, Esq.
Attorney for Seattle Savings Bank
362 Broadway
Providence, RI 02909

John Boyajian, Chapter 13 Trustee
182 Waterman Street
Providence, RI 02906

Leonard DePasquale, U.S. Trustee
U.S. Trustee Office, Room 910
10 Dorrance Street
Providence, RI 02903

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 11, 2007

Martin S Malinou
*Type Name*
334 Smith Street
Providence, RI 02908

*Signature*

UNITED STATES
BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND
PROVIDENCE Division

# 00064902 - AO
April 12, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|
| APPEAL | 06-11456 | | 255.00 CA |

TOTAL→ 255.00

FROM: MARTIN MALINOU