UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

MARTIN MALINOU
Debtor

BK-06-11456
CHAPTER 13

ORDER

This matter came to be heard on the 15th day of March, 2007 on confirmation of the debtor's Plan, and after hearing thereon and for the reasons stated by the Court at the conclusion of the hearing, it is

ORDERED

Confirmation of the debtor's Plan is denied with prejudice.

ENTERED ON DOCKET: 3/29/2007

Arthur N. Votolato
Bankruptcy Judge
Date: 3/29/07

CERTIFICATION

I hereby certify that a copy of the within Order was mailed, postage prepaid, to Martin Malinou, Esq., 334 Smith Street, Providence, RI 02908 and electronically mailed to Peter Furness, Esq. at pjf@brcsm.com on March 23, 2007.

/s/Martha Hunt