**DUPFILER, Pro_Se, NTCAPR, Filed as ProSe, APPEAL, DISMISSED**

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Bankruptcy Petition #: 1:06-bk-11456

*Assigned to:* Judge Arthur N. Votolato
Chapter 13
Voluntary
Asset

*Date Filed:* 12/11/2006
*Date Dismissed:* 03/29/2007

***Debtor***
**Martin S. Malinou**
334 Smith Street
Providence, RI 02908
331-6554
SSN: xxx-xx-3140

represented by **Martin S. Malinou**
PRO SE

***Trustee***
**John Boyajian**
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600

***U.S. Trustee***
**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551

| Filing Date | # | Docket Text |
|---|---|---|
| 12/11/2006 | 1 | Chapter 13 Voluntary Petition. Receipt Number |

| | | |
|---|---|---|
| | | 64621, Fee Amount $274 Filed by Martin S. Malinou . (Ohara, Anne) (Entered: 12/11/2006) |
| 12/11/2006 | 2 | 2 Day Notice of Missing Documents and Certificate of Service. (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Martin S. Malinou). Missing Items: creditor matrix and Exhibit D, or credit counseling certificate, motion for exemption from credit counseling or certificate of exigent circumstances. Missing Documents Due By: 12/13/2006. (Ohara, Anne) Modified on 12/11/2006 (Ohara, Anne). (Entered: 12/11/2006) |
| 12/11/2006 | 3 | Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Martin S. Malinou). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents Due By: 12/26/2006. (Ohara, Anne) (Entered: 12/11/2006) |
| 12/11/2006 | 4 | Receipt Number 64621, Fee Amount $274 (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Martin S. Malinou) (Ohara, Anne) (Entered: 12/11/2006) |
| 12/11/2006 | | Duplicate Filer. Information regarding previous filing: Case No.: 05-10618, Filing Date: 3/2/05, Chapter: 13, Discharge Date: none, Closing Date: 1/17/06, Disposition: 5. (OHara, Anne) (Entered: 12/11/2006) |
| 12/11/2006 | | Duplicate Filer. Information regarding previous filing: Case No.: 03-13552, Filing Date: 10-10-03, Chapter: 13, Discharge Date: none, |

| | | |
|---|---|---|
| | | Closing Date: 4/28/04, Disposition: 5. (OHara, Anne) (Entered: 12/11/2006) |
| 12/11/2006 | 5 | Notice of Appearance and Request for Notice Filed by Peter J. Furness on behalf of Seattle Savings Bank. (Furness, Peter) (Entered: 12/11/2006) |
| 12/11/2006 | 6 | Motion for Relief from Stay re:real estate Fee Amount $150, Filed by Creditor Seattle Savings Bank. Objections to Motion Due: 12/26/2006. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Furness, Peter) (Entered: 12/11/2006) |
| 12/11/2006 | 7 | Motion to Expedite Hearing Filed by Creditor Seattle Savings Bank (related document(s)6 Motion for Relief From Stay, filed by Creditor Seattle Savings Bank). Objections to Motion Due: 12/18/2006. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Furness, Peter) (Entered: 12/11/2006) |
| 12/11/2006 | 8 | Hearing Set (re: 7 Motion to Expedite Hearing, filed by Creditor Seattle Savings Bank, 6 Motion for Relief From Stay, filed by Creditor Seattle Savings Bank). Hearing scheduled for 12/13/2006 at 10:00 AM at 6th Floor Courtroom. Parties notified via telephone. (Lanni, Christine) (Entered: 12/11/2006) |
| 12/12/2006 | 9 | Order allowing creditor Seattle Savings Bank to continue advertising its foreclosure sale re: |

| | | |
|---|---|---|
| | | document #6 Motion Relief From Stay. (Lanni, Christine) (Entered: 12/12/2006) |
| 12/12/2006 | 10 | Certificate of Credit Counseling Filed by Debtor Martin S. Malinou . (Lanni, Christine) (Entered: 12/12/2006) |
| 12/12/2006 | | Deadlines Updated re: Creditor Matrix (related document(s)2 2 Day Notice of Missing Documents, ). Missing Documents Due By: 12/13/2006. Certificate of Credit Counseling filed - see doc #10. (Lanni, Christine) (Entered: 12/12/2006) |
| 12/12/2006 | 11 | Receipt of filing fee for Motion for Relief From Stay(1:06-bk-11456) [motion,mrlfsty] ( 150.00). Receipt number 528931, amount $ 150.00. (U.S. Treasury) (Entered: 12/12/2006) |
| 12/12/2006 | 12 | Objection Filed by Debtor Martin S. Malinou re 7 Motion to Expedite Hearing filed by Creditor Seattle Savings Bank. (Cory, Lucinda) (Entered: 12/12/2006) |
| 12/12/2006 | 13 | Certificate of Credit Counseling Filed by Debtor Martin S. Malinou . (Cory, Lucinda) (Entered: 12/12/2006) |
| 12/13/2006 | | Creditor Disk. Filed by Debtor Martin S. Malinou . (Lanni, Christine) (Entered: 12/13/2006) |
| 12/13/2006 | | Hearing Held re 7 Motion to Expedite Hearing filed by Creditor Seattle Savings Bank, 6 Motion for Relief From Stay filed by Creditor Seattle Savings Bank). APPEARANCES: Malinou, Boyajian, Furness . After hearing arguments on the Motion to Expedite, the Court granted the |

| | | |
|---|---|---|
| | | Motion. A hearing was held on the Relief from Stay Motion. Parties argued relief from stay. Exhibits A-F filed. Bench decision granting motion for relief from stay. Attorney Furness to submit an order. Order Due by: 12/26/2006. (Cory, Lucinda) (Entered: 12/13/2006) |
| 12/13/2006 | 14 | Order Granting 7 Motion Expedite Hearing . (Cory, Lucinda) (Entered: 12/13/2006) |
| 12/13/2006 | 15 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 3 Notice of Missing Documents, ) Service Date 12/13/2006. (Admin.) (Entered: 12/14/2006) |
| 12/13/2006 | 16 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 8 Hearing, ) Service Date 12/13/2006. (Admin.) (Entered: 12/14/2006) |
| 12/14/2006 | | Request for Expedited Transcript by Martin Malinou re hearing held: 12/13/2006 .Company preparing transcript: J&J Transcribers . (Notify ECRO when deadline expires) Status Check Due by:12/18/2006. (Wilkicki, Joseph) (Entered: 12/14/2006) |
| 12/14/2006 | | Judge Arthur N. Votolato added to case (Lanni, Christine) (Entered: 12/14/2006) |
| 12/14/2006 | 17 | First Meeting of Creditors 341(a) meeting to be held on 2/2/2007 at 10:00 AM at Office of the U.S. Trustee. Last day to oppose discharge or dischargeability is 4/3/2007.Proof of Claims due by: 5/3/2007. Confirmation hearing to be held on 3/15/2007 at 10:00 AM at 6th Floor Courtroom. (Lanni, Christine) (Entered: 12/14/2006) |

| | | |
|---|---|---|
| 12/14/2006 | 18 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 9 Order) Service Date 12/14/2006. (Admin.) (Entered: 12/15/2006) |
| 12/15/2006 | 19 | Order Granting (# 6)Motion For Relief From Stay by Seattle Savings Bank. Court will act as though the Debtor has moved for a stay pending appeal and deny same. See order for details. (DAgostino, Holly) (Entered: 12/15/2006) |
| 12/15/2006 | 20 | Judgment Order (re:19 Order on Motion For Relief From Stay) (DAgostino, Holly) (Entered: 12/15/2006) |
| 12/15/2006 | 21 | Notice of Appeal . Receipt Number 64635, Fee Amount $;255 Filed by Martin S. Malinou (related document(s)19 Order on Motion For Relief From Stay). Appellant Designation due by: 12/26/2006. (DAgostino, Holly) (Entered: 12/15/2006) |
| 12/15/2006 | 22 | Appellant District Court Election Filed by Martin S. Malinou (related document(s)21 Notice of Appeal filed by Debtor Martin S. Malinou). (DAgostino, Holly) (Entered: 12/15/2006) |
| 12/15/2006 | 23 | Receipt of filing fee (for document number 21 Notice of Appeal filed by Debtor Martin S. Malinou). Receipt Number 64635, Fee Amount $255.00 (DAgostino, Holly) (Entered: 12/15/2006) |
| 12/15/2006 | 24 | Proposed Order After Hearing *on Seattle Savings Bank's Emergency Motion for Relief from Stay* Filed by Creditor Seattle Savings Bank (related document(s) Hearing Held (Bk), Hearing Held (Bk), Hearing Held (Bk), Hearing Held (Bk), |

| | | |
|---|---|---|
| | | Hearing Held (Bk), Hearing Held (Bk)). Status Check Due by:12/20/2006. (Furness, Peter) (Entered: 12/15/2006) |
| 12/15/2006 | 25 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 14 Order on Motion to Expedite Hearing) Service Date 12/15/2006. (Admin.) (Entered: 12/16/2006) |
| 12/16/2006 | 26 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 17 Meeting of Creditors Chapter 13, ) Service Date 12/16/2006. (Admin.) (Entered: 12/17/2006) |
| 12/17/2006 | 27 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 20 Judgment Order (ap/bk)) Service Date 12/17/2006. (Admin.) (Entered: 12/18/2006) |
| 12/17/2006 | 28 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 19 Order on Motion For Relief From Stay) Service Date 12/17/2006. (Admin.) (Entered: 12/18/2006) |
| 12/18/2006 | | Document terminated - Order previously entered - see doc #19. (related document(s):24 Proposed Order After Hearing, filed by Creditor Seattle Savings Bank) (Lanni, Christine) (Entered: 12/18/2006) |
| 12/20/2006 | 29 | Motion to Extend Time until 1/11/07 to File all schedules and statements Filed by Debtor Martin S. Malinou (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Martin S. Malinou).(DAgostino, Holly) (Entered: 12/20/2006) |

| | | |
|---|---|---|
| 12/21/2006 | | Order Requesting Response from Trustee John Boyajian (re:29 Motion to Extend Time filed by Debtor Martin S. Malinou) (TEXT ONLY) Due by: 12/21/2006. (Lanni, Christine) (Entered: 12/21/2006) |
| 12/21/2006 | 30 | Objection *to Debtor's Motion to Extend Time for Filing Plan and Schedules* Filed by Creditor Seattle Savings Bank re 29 Motion to Extend Time filed by Debtor Martin S. Malinou). (Furness, Peter) (Entered: 12/21/2006) |
| 12/22/2006 | | Trustee's Statement of Position Trustee states: *The trustee objects to the Motion to Extend Time on the grounds that he feels the reasons stated by the debtor for the extension are disingenuous..* Filed by Trustee John Boyajian (related document(s)29 Motion to Extend Time filed by Debtor Martin S. Malinou). (Boyajian, John) (Entered: 12/22/2006) |
| 12/22/2006 | 31 | Hearing Set re: 29 Motion to Extend Time filed by Debtor Martin S. Malinou, Objection filed by Trustee John Boyajian, 30 Objection filed by Creditor Seattle Savings Bank. Hearing scheduled for 12/28/2006 at 10:00 AM at 6th Floor Courtroom. Malinou given notice by telephone 12/22/06. (Cory, Lucinda) (Entered: 12/22/2006) |
| 12/24/2006 | 32 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 31 Hearing, ) Service Date 12/24/2006. (Admin.) (Entered: 12/25/2006) |
| 12/26/2006 | 33 | Motion to Dismiss Case Filed by Creditor Seattle Savings Bank. Objections to Motion Due: 1/8/2007. (Attachments: # 1 Memorandum of Law # 2 Exhibit Exhibit 1# 3 Exhibit Exhibit 2# 4 Exhibit Exhibit 3# 5 Exhibit Exhibit 4# 6 Exhibit |

| | | |
|---|---|---|
| | | Exhibit 5# 7 Exhibit Exhibit 6# 8 Exhibit Exhibit 7# 9 Exhibit # 10 Exhibit Exhibit 9# 11 Exhibit Exhibit 10# 12 Exhibit Exhibit 11# 13 Exhibit Exhibit 12# 14 Exhibit Exhibit 13# 15 Exhibit Exhibit 14# 16 Exhibit Exhibit 15) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Furness, Peter) Modified text on 12/27/2006 (Sweeney, Carolyn). (Entered: 12/26/2006) |
| 12/26/2006 | 34 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Martin S. Malinou (related document(s)21 Notice of Appeal filed by Debtor Martin S. Malinou). Appellee designation due by 1/5/2007. Transmission of Designation Due by 1/25/2007. (Sweeney, Carolyn) Additional attachment(s) added on 12/29/2006 (Venuti, Jody). (Entered: 12/26/2006) |
| 12/26/2006 | 35 | Statement of Issues on Appeal Filed by Martin S. Malinou (related document(s)21 Notice of Appeal filed by Debtor Martin S. Malinou). (Sweeney, Carolyn) (Entered: 12/26/2006) |
| 12/29/2006 | | Hearing Held on 12/28/06 (related document(s) 29 Motion to Extend Time filed by Debtor Martin S. Malinou, Statement of Position (TEXT ONLY) AND 30 Objection filed by Creditor Seattle Savings Bank) filed by Trustee John Boyajian). APPEARANCES: Malinou, Furness, Boyajian. Court heard argument from Malinou, Furness and Boyajian. After arguement, Court granted the motion until 1/5/07. (Davis, Jennifer) Modified text to include correct hearing held date. (Davis, Jennifer). (Entered: 12/29/2006) |

| | | |
|---|---|---|
| 12/29/2006 | 36 | Order Granting 29 Motion to Extend Time to: 1/5/07 to file missing schedules and statements. Updated Deadline Due By: 1/5/2007. (Davis, Jennifer) (Entered: 12/29/2006) |
| 12/29/2006 | 37 | BNC Service of Document. (related document(s)[36] Order Granting Motion to Extend Time). (Davis, Jennifer) (Entered: 12/29/2006) |
| 12/31/2006 | 38 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 37 BNC Service of Document) Service Date 12/31/2006. (Admin.) (Entered: 01/01/2007) |
| 01/03/2007 | 39 | Transcript filed. Date of Hearing: 12/13/2006. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public Uploaded by Transcriber Company. Statement of Identifiers to be Redacted due by: 1/24/2007. (J and J Court Transcribers, Inc., ) **There were errors in the transcript, it will be re-docketed by transcriber**. Modified on 1/10/2007 (Venuti, Jody). (Entered: 01/03/2007) |
| 01/05/2007 | 40 | Notice of Redaction (related document(s)39 Transcript, ). Filed by Peter J. Furness on behalf of Seattle Savings Bank (related document(s)39 Transcript, ). (Furness, Peter) (Entered: 01/05/2007) |
| 01/05/2007 | 41 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Peter J. Furness on behalf of Seattle Savings Bank (related document(s)21 Notice of Appeal filed by Debtor |

| | | |
|---|---|---|
| | | Martin S. Malinou). (Furness, Peter) (Entered: 01/05/2007) |
| 01/05/2007 | 42 | Missing Document(s) Filed: Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Schedule J, Summary of Schedules Declaration Concerning Debtors Schedules, Stmt of Financial Affairs, Filed by Debtor Martin S. Malinou . (DAgostino, Holly) (Entered: 01/05/2007) |
| 01/05/2007 | 43 | Chapter 13 Statement of Current Monthly and Disposable Income Filed by Debtor Martin S. Malinou . (DAgostino, Holly) (Entered: 01/05/2007) |
| 01/05/2007 | 44 | Employee Income Records Filed by Debtor Martin S. Malinou . (DAgostino, Holly) (Entered: 01/05/2007) |
| 01/05/2007 | 45 | Certificate of Pro Se Debtor Re: Preparation of Petition by Non-Legal Entity. No Assistance. Filed by Debtor Martin S. Malinou (related document(s)[36] Order on Motion to Extend Time). (DAgostino, Holly) (Entered: 01/05/2007) |
| 01/05/2007 | 46 | Chapter 13 Plan Filed by Debtor Martin S. Malinou . (DAgostino, Holly) (Entered: 01/05/2007) |
| 01/08/2007 | 47 | Objection Filed by Debtor Martin S. Malinou re 33 Motion to Dismiss Case, , filed by Creditor Seattle Savings Bank). (Attachments: # 1 Memorandum of Law) (Lanni, Christine) (Entered: 01/08/2007) |
| 01/10/2007 | 48 | Transcript filed. Date of Hearing: 12/13/2006. |

| | | |
|---|---|---|
| | | Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public Uploaded by Transcriber Company. Statement of Identifiers to be Redacted due by: 1/31/2007. (J and J Court Transcribers, Inc., ) (Entered: 01/10/2007) |
| 01/10/2007 | 49 | Hearing Set (re: 33 Motion to Dismiss Case, , filed by Creditor Seattle Savings Bank, 47 Objection filed by Debtor Martin S. Malinou). Hearing scheduled for 1/24/2007 at 10:00 AM at 6th Floor Courtroom. (Lanni, Christine) (Entered: 01/10/2007) |
| 01/12/2007 | 50 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 49 Hearing) Service Date 01/12/2007. (Admin.) (Entered: 01/13/2007) |
| 01/17/2007 | 51 | Response to *Debtor's Objection to Motion to Dismiss CH 13 Case* Filed by Creditor Seattle Savings Bank re 47 Objection filed by Debtor Martin S. Malinou; 33 Motion to Dismiss). (Attachments: # 1 Exhibit Transcript of Hearing before J. Lisi on December 18, 2006) (Furness, Peter) Modified Text on 1/22/2007 (Lanni, Christine). (Entered: 01/17/2007) |
| 01/18/2007 | | Transmittal of Record on Appeal to U.S. District Court (related document(s)21 Notice of Appeal filed by Debtor Martin S. Malinou, 34 Appellant Designation, filed by Debtor Martin S. Malinou,41 Appellee Designation filed by Peter J. Furness, 48 Transcript, ). (Lanni, Christine) Modified Text on 1/18/2007 (Lanni, Christine). (Entered: 01/18/2007) |

| | | |
|---|---|---|
| 01/18/2007 | | Corrective Entry ** Modified text to also include appelle's designation also transmitted (related document(s) Transmittal of Record on Appeal (USDC), Transmittal of Record on Appeal (USDC)). (Lanni, Christine) (Entered: 01/18/2007) |
| 01/19/2007 | 52 | Motion for 2004 Examination Filed by Creditor Seattle Savings Bank. Objections to Motion Due: 2/1/2007. (Attachments: # 1 Exhibit) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Furness, Peter) (Entered: 01/19/2007) |
| 01/22/2007 | | Corrective Entry ** Modified Text and to correct linkage (related document(s)51 Response, filed by Creditor Seattle Savings Bank). (Lanni, Christine) (Entered: 01/22/2007) |
| 01/24/2007 | 53 | Hearing Held and Continued re 33 Motion to Dismiss Case filed by Creditor Seattle Savings Bank, 47 Objection filed by Debtor Martin S. Malinou, 51 Response filed by Creditor Seattle Savings Bank. App: Malinou pro se, Furness, Boyajian. Arguments by Furness in support of Motion to Dismiss. Boyajian gave the trustee position. Martin Malinou called as a witness, examined by Furness, Boyajian. Malinou gave a statement to the Court. The Court recessed the matter to a chambers hearing. After the chambers hearing, the matter was continued to 3/15/07 with the hearing on confirmation of the plan. Hearing continued to 3/15/2007 at 10:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 01/24/2007) |

| | | |
|---|---|---|
| 01/26/2007 | 54 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 53 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 01/26/2007. (Admin.) (Entered: 01/28/2007) |
| 01/30/2007 | 55 | Objection Filed by Debtor Martin S. Malinou re 52 Motion for Examination, filed by Creditor Seattle Savings Bank). (Lanni, Christine) (Entered: 01/30/2007) |
| 02/02/2007 | | Meeting of Creditors Held in Chapter 13 Case. (Boyajian, John) (Entered: 02/02/2007) |
| 02/06/2007 | 56 | Hearing Set (re: 52 Motion for Examination, filed by Creditor Seattle Savings Bank, 55 Objection filed by Debtor Martin S. Malinou). Hearing scheduled for 2/8/2007 at 10:00 AM at 6th Floor Courtroom. Debtor notified via telephone. (Lanni, Christine) (Entered: 02/06/2007) |
| 02/08/2007 | | Hearing Held (related document(s)52 Motion for Examination, filed by Creditor Seattle Savings Bank, 55 Objection filed by Debtor Martin S. Malinou). APPEARANCES: Atty. Boyajian Atty. Furness; Martin Malinou. Arguments by Atty. Furness; Martin Malinou. Objection overruled. (Lanni, Christine) (Entered: 02/08/2007) |
| 02/08/2007 | 57 | Order Granting Motion for 2004 Examination (Related Doc # 52) . (Lanni, Christine) (Entered: 02/08/2007) |
| 02/08/2007 | 58 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 56 Hearing, ) Service Date 02/08/2007. (Admin.) (Entered: 02/09/2007) |
| 02/10/2007 | 59 | BNC Certificate of Mailing - PDF Document. |

| | | |
|---|---|---|
| | | (RE:related documents(s) 57 Order on Motion for Examination) Service Date 02/10/2007. (Admin.) (Entered: 02/11/2007) |
| 02/16/2007 | 60 | Objection to Confirmation of Plan Filed by Trustee John Boyajian (related document(s)46 Chapter 13 Plan filed by Debtor Martin S. Malinou). (Boyajian, John) (Entered: 02/16/2007) |
| 02/21/2007 | 61 | Objection Filed by Creditor Seattle Savings Bank re 46 Chapter 13 Plan filed by Debtor Martin S. Malinou). (Furness, Peter) (Entered: 02/21/2007) |
| 03/15/2007 | | Hearing Held (related document(s)46 Chapter 13 Plan filed by Debtor Martin S. Malinou, 60 Trustee's Objection to Confirmation of Plan filed by Trustee John Boyajian, 61 Objection filed by Creditor Seattle Savings Bank, 17 Meeting of Creditors Chapter 13, ). APPEARANCES: Atty. Boyajian; Atty. Furness; Atty. Boyajian. Trustee has received three payments. Debtor gave projections for funding the plan. Debtor called and examined by Atty. Boyajian. Confirmation denied with prejudice. Motion to Stay pending appeal denied. Trustee to submit order . Order Due by: 3/26/2007 from Trustee denying confirmation. (Lanni, Christine) (Entered: 03/15/2007) |
| 03/15/2007 | | Hearing Held (related document(s)51 Response, filed by Creditor Seattle Savings Bank, 33 Motion to Dismiss Case, , filed by Creditor Seattle Savings Bank, 47 Objection filed by Debtor Martin S. Malinou). APPEARANCES: Atty. Furness; Debtor . Arguments by Atty. Furness; Arguments by debtor. Motion to dismiss granted after Trustee submits order denying confirmation. (Lanni, Christine) (Entered: 03/15/2007) |

| | | |
|---|---|---|
| 03/16/2007 | 62 | Request for Transcript by Martin Malinou re hearing held: 3/15/2007 .Company preparing transcript: J & J Transcribers . (Notify ECRO when deadline expires) Status Check Due by:4/16/2007. (Watts, Jennifer) (Entered: 03/16/2007) |
| 03/22/2007 | 63 | Notice of Appeal . Receipt Number 64849, Fee Amount $;255 Filed by Martin S. Malinou (related document(s) 70 Order Denying with Prejudice Confirmation of Chapter 13 Plan; 71 Judgement Order; 72 Order Granting Motion to Dismiss Case; 73 Judgement Order). Appellant Designation due by: 4/2/2007. (Attachments: # 1 Certificate of Service# 2 Receipt). Appeal currently linked to hearings - orders that are being appealed not filed yet. (Lanni, Christine) Modified Linkage on 3/22/2007 (Lanni, Christine). Modified Linkage on 3/29/2007 to Orders and Judment Orders - now that they have been entered. (Lanni, Christine). (Entered: 03/22/2007) |
| 03/22/2007 | 64 | Appellant District Court Election Filed by Martin S. Malinou (related document(s)63 Notice of Appeal, filed by Debtor Martin S. Malinou). (Lanni, Christine) (Entered: 03/22/2007) |
| 03/23/2007 | 65 | Proposed Order After Hearing *Denying Confirmation with prejudice* Filed by Trustee John Boyajian (related document(s)46 Chapter 13 Plan filed by Debtor Martin S. Malinou). Status Check Due by:3/28/2007. (Boyajian, John) (Entered: 03/23/2007) |
| 03/23/2007 | 66 | Transcript filed. Date of Hearing: 01/24/2007. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is |

| | | |
|---|---|---|
| | | filed, the transcript will be made electronically available to the general public Uploaded by Transcriber Company. Statement of Identifiers to be Redacted due by: 4/13/2007. (J and J Court Transcribers, Inc., ) (Entered: 03/23/2007) |
| 03/23/2007 | 67 | Transcript filed. Date of Hearing: 01/27/2004. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public Uploaded by Transcriber Company. Statement of Identifiers to be Redacted due by: 4/13/2007. (J and J Court Transcribers, Inc., ) (Entered: 03/23/2007) |
| 03/23/2007 | 68 | Transcript filed. Date of Hearing: 03/15/2007. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public Uploaded by Transcriber Company. Statement of Identifiers to be Redacted due by: 4/13/2007. (J and J Court Transcribers, Inc., ) (Entered: 03/23/2007) |
| 03/28/2007 | 69 | Court Notice (related document(s)68 Transcript,, 67 Transcript,, 66 Transcript, ). (Lanni, Christine) (Entered: 03/28/2007) |
| 03/29/2007 | 70 | Order Denying with Prejudice Confirmation of Chapter 13 Plan. Status Deadline re:Amended Plan, Motion to Reconsider Order Denying Plan, Notice of Conversion to Chapter 7 or Appeals Due by: 4/9/2007. (Lanni, Christine) (Entered: 03/29/2007) |
| 03/29/2007 | 71 | Judgment Order (re:70 Order Denying Confirmation of Chapter 13 Plan) (Lanni, |

| | | |
|---|---|---|
| | | Christine) (Entered: 03/29/2007) |
| 03/29/2007 | 72 | Order Granting Motion to Dismiss Case (Related Doc # 33) . Appeals/Motion for Reconsideration Due by: 4/9/2007. (Lanni, Christine) (Entered: 03/29/2007) |
| 03/29/2007 | 73 | Judgment Order (re:72 Order on Motion to Dismiss Case) (Lanni, Christine) (Entered: 03/29/2007) |
| 03/31/2007 | 74 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 72 Order on Motion to Dismiss Case) Service Date 03/31/2007. (Admin.) (Entered: 04/01/2007) |
| 03/31/2007 | 75 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 71 Judgment Order (ap/bk)) Service Date 03/31/2007. (Admin.) (Entered: 04/01/2007) |
| 03/31/2007 | 76 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 73 Judgment Order (ap/bk)) Service Date 03/31/2007. (Admin.) (Entered: 04/01/2007) |
| 03/31/2007 | 77 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 70 Order Denying Confirmation of Chapter 13 Plan) Service Date 03/31/2007. (Admin.) (Entered: 04/01/2007) |
| 04/02/2007 | 78 | Notice of Defective Document Issued (related document(s)63 Notice of Appeal, , filed by Debtor Martin S. Malinou). Defective Items: Appeal Filing Fee Due and Second Notice of Appeal. If defect pertains to a pending motion/application/notice then objection/response |

| | | |
|---|---|---|
| | | deadline is terminated until deficiencies are timely corrected. Compliance with Defective Document Notice Due By: 4/12/2007. (Lanni, Christine) (Entered: 04/02/2007) |
| 04/02/2007 | 79 | Order Extending Appeal Deadline (#70 Order Denying Confirmation of Chapter 13 Plan, 72 Order on Motion to Dismiss Case) to 4/12/2007 (Lanni, Christine) Additional attachment(s) added on 4/2/2007 (Venuti, Jody). (Entered: 04/02/2007) |
| 04/02/2007 | 80 | BNC Service of Document. (related document(s)79 Order). (Lanni, Christine) (Entered: 04/02/2007) |
| 04/02/2007 | 81 | BNC Service of Document. (related document(s)78 Defective Document, ). (Lanni, Christine) (Entered: 04/02/2007) |
| 04/02/2007 | | Corrective Entry ** Additional Attachments** (related document(s)79 Order). (Lanni, Christine) (Entered: 04/02/2007) |
| 04/04/2007 | 82 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 80 BNC Service of Document) Service Date 04/04/2007. (Admin.) (Entered: 04/05/2007) |
| 04/04/2007 | 83 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 81 BNC Service of Document) Service Date 04/04/2007. (Admin.) (Entered: 04/05/2007) |
| 04/12/2007 | 84 | Notice of Appeal . Receipt Number 64902, Fee Amount $;255 Filed by Martin S. Malinou (related document(s)70 Order Denying |

| | | |
|---|---|---|
| | | Confirmation of Chapter 13 Plan, 71 Judgment Order (ap/bk)). Appellant Designation due by: 4/23/2007. (Attachments: # 1 Receipt)(Lanni, Christine) (Entered: 04/12/2007) |
| 04/12/2007 | 85 | Appellant District Court Election Filed by Martin S. Malinou (related document(s)84 Notice of Appeal, filed by Debtor Martin S. Malinou). (Lanni, Christine) (Entered: 04/12/2007) |
| 04/12/2007 | 86 | AMENDED Notice of Appeal amending 63 Notice of Appeal. Receipt Number 64849, Fee Amount $;255 Filed by Martin S. Malinou (related document(s)72 Order on Motion to Dismiss Case, 73 Judgment Order (ap/bk)). Appellant Designation due by: 4/23/2007. NOTE: This appeal amends #63 and fee was previously paid and will be applied to this appeal. (Lanni, Christine) (Entered: 04/12/2007) |
| 04/12/2007 | 87 | Appellant District Court Election Filed by Martin S. Malinou (related document(s)86 Notice of Appeal, filed by Debtor Martin S. Malinou). (Lanni, Christine) (Entered: 04/12/2007) |