UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARTIN S. MALINOU, Debtor-Appellant, | ) | |
| V. | ) | C.A. No. 07-139S |
| SEATTLE SAVINGS BANK, Appellee. | ) | |

**SEATTLE SAVINGS BANK'S MOTION TO DISMISS**

NOW COMES, Seattle Savings Bank, Appellee, files the within motion and accompanying memorandum in support thereof the Appellee states the following:

1. The Debtor-Apellant, Martin S. Malinou ("Malinou"), filed an appeal from a Bankruptcy Court Order, which denied, with prejudice, Appellant's confirmation of a Chapter 13 plan.

2. Notice of Appeal was filed with this Court on April 16, 2007 and a Designation of Record was received from the Bankruptcy Court on May 11, 2007.

3. On May 11, 2007 Judge William E. Smith issued an Order whereby the Parties are to follow briefing deadlines set forth in Rule 8009 (a) and said Order was entered on the docket on May 14, 2007.

4. Rule 8009 (a) (1) provides in pertinent part that "[T]he appellant shall serve and file a brief within 15 days after entry of the appeal on the docket pursuant to Rule 8007."

5. Appellant Malinou has not filed a brief with the United States District Court in conformity with Rule 8009 (a) pursuant to the Order issued by this Court, nor has Malinou filed any Motions for an extension of time.

WHEREFORE, Seattle Savings Bank respectfully requests that this Court enter an Order dismissing the Appellant's case in the United States District Court with prejudice and award the

Appellee attorney's fees for having to prosecute the within Motion, and any other relief which is just.

Respectfully Submitted
Seattle Savings Bank, Appellee
Sinapi Formisano & Company, LTD.
By its attorneys,

/s/ Peter J. Furness, Esq.

Peter J. Furness, Esq., (#3608)
Sinapi Formisano & Company, LTD
100 Midway Place, Suite 1
Cranston, RI 02920-5707