# Exhibit 1

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re<br>MARTIN S MALINOU,<br>Debtor. | BK No. 06-11456<br>APPELLANT'S MOTION TO SETTLE RECORD ON APPEAL and strike item #12 from appellee's designation |

Debtor/Appellant Martin S Malinou moves this Court to settle the record of this Court to be transmitted to the United States District Court on his appeal from the Judgment Order (doc. 73 ) dismissing the case.

The appellee SEATTLE SAVINGS BANK has designated as its item 12: "Transcript of Deposition of Debtor conducted on February 20, 2007 and Exhibits 7,13,14 and 15 attached thereto" for inclusion in the record on appeal. The said transcript and exhibits are not part of the record of this Court. The said transcript and exhibits were never received in evidence, offered in evidence, or even marked for identification by this Court at the March 15,2007 hearing or any other hearing in this Court.

WHEREFORE, debtor/appellant requests this Court to enter an Order striking item #12 "Transcript of Deposition of Debtor conducted on February 20, 2007 and Exhibits 7, 13, 14 and 15 attached thereto" from the APPELLEE, SEATTLE SAVINGS BANK'S DESIGNATION OF THE RECORD ON APPEAL FROM JUDGMENT ORDER DATED 3/29/07 etc. (doc. 97 ).

Martin S Malinou (0557)
Debtor/Appellant
334 Smith Street
Providence RI 02908
Phone/Fax (401) 331-6554

May 10, 2007

## Response Time Statement

Within ten (10) days after service as evidenced by the certification (twenty (20) days for U.S. Government officers and agencies thereof), and an additional(3) three days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Clerk's office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

## Certificate of Service

I certify that on May 10, 2007, I mailed a copy of the foregoing APPELLANT'S MOTION TO SETTLE RECORD ON APPEAL to Peter J Furness, Esquire, attorney of record for appellee Seattle Savings Bank, at his usual office address, 100 Midway Place, Suite 1, Cranston, RI 02920, and to John Boyajian, Chapter 13 Trustee, 182 Waterman Street, Providence, RI 02906.

Martin S Malinou (0557)
Debtor/Appellant
334 Smith Street
Providence RI 02908
Phone/Fax (401) 331-6554