# Exhibit 2

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF RHODE ISLAND

IN RE: BK NO.: 06-11456

MARTIN S. MALINOU,
Debtor

**APPELLEE'S RESPONSE TO APPELLANT'S MOTION TO SETTLE RECORD ON APPEAL**

Now comes the Appellee, SEATTLE SAVINGS BANK, and files the within response to Appellant's Motion to Settle Record on Appeal and states the following:

1. Appellee designated for inclusion in the record on appeal to document number 73 and document number 71 its item 12 (transcripted deposition of Debtor/Appellant conducted on February 20, 2007 and exhibits 7, 13, 14, and 15 attached thereto).

2. The Appellant argues that the transcript and exhibits were not part of the official record of the Bankruptcy Court.

3. The Appellee admits that the transcripts and exhibits were not part of the "official record" of the Bankruptcy Court, however, the Appellee argues that the Debtor/Appellant was questioned and provided testimony about his deposition during the hearing of March 15, 2007. The March 15, 2007, transcript of hearing was designated by Appellant as part of the record on appeal and referred to the deposition transcript on pages 10 and 11.

WHEREFORE, the Appellee requests the Bankruptcy Court approve Appellee's designation of item 12 with attachments to be made part of the record on appeal and deny both Appellant's appeals filed with regard to document 71 and document 73.

Respectfully Submitted,

/s/ Peter J. Furness (#3608)
Peter J. Furness, Esquire (#3608)
Sinapi, Formisano & Company, LTD.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
Telephone: 401-944-9690
Facsimile: 401-943-9040

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I served a true copy of the within **APPELLEE'S RESPONSE TO APPELLANT'S MOTION TO SETTLE RECORD ON APPEAL** via email to:

John Boyajian john@bhrlaw.com, Martha@bhrlaw.com
Leonard DePasquale ustpregion01.pr.ecf@usdoj.gov

I further certify that on May 15, 2007, I served a true copy of the within **APPELLEE'S RESPONSE TO APPELLANT'S MOTION TO SETTLE RECORD ON APPEAL** via first class mail, postage prepaid, to the following:

Mr. Martin Malinou
334 Smith Street
Providence, RI 02908

/s/ Peter J. Furness (#3608)
Peter J. Furness, Esquire
**Sinapi, Formisano & Company, Ltd.**
100 Midway Place, Suite 1
Cranston, RI 02920-5707
telephone - 401-944-9690
facsimile - 401-943-9040