AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MARTIN S. MALINOU
Appellant

**JUDGMENT IN A CIVIL CASE**

SEATTLE SAVINGS BANK, ET AL
Appellee

Case Number: C.A. No. 07-139S

**Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

X **Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment is hereby entered in favor of the Appellee, Seattle Savings Bank, against the Appellant, Martin S. Malinou pursuant to the Memorandum and Order dated August 10, 2007 granting Appellee's Motion to Dismiss.**

**August 10, 2007**
**Date**

**Clerk**

**(By) Deputy Clerk**