**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MARTIN S. MALINOU,<br><br>Debtor-Appellant,<br><br>vs.<br><br>SEATTLE SAVINGS BANK,<br><br>Appellee. | Case No. 07-139 S |

**MEMORANDUM OF LAW IN SUPPORT OF SEATTLE'S OBJECTION TO DEBTOR-APPELLANT'S MOTION FOR REHEARING**

Now comes the Appellee, Seattle Savings Bank ("Seattle"), by and through its attorneys, and hereby supports the within Objection to Debtor-Appellant's Motion for Rehearing on Appellee's Motion to Dismiss. Appellant was required to file a brief within fifteen (15) days after the entry of the appeal on the docket. Fed. R. Bankr. P. 8009(a). Appellant failed to file a brief with the United States District Court in conformity with Rule 8009(a) pursuant to the Order issued by this Court, nor did Malinou file for an extension of time.

Furthermore, the Amended Memorandum and Order issued by this Court on August 10, 2007, states that Malinou's objection to Seattle's Motion to Dismiss was wholly without merit, the record was transmitted to the district court, which order the parties to comply with the briefing schedule set forth in Rule 8009(a). Malinou failed to comply with the briefing schedule.

Based on the foregoing, Seattle prays that this Court will deny Appellant's Motion for Rehearing on Seattle's Motion to Dismiss and uphold its granting of Seattle's Motion to Dismiss and grant such other and further relief as the Court deems appropriate.

Respectfully Submitted,

SEATTLE SAVINGS BANK
By its attorneys,

DATE: September 4, 2007

/s/ Lauren F. Verni
Benjamin M. Scungio (#2902)
Lauren F. Verni (#6831)
Brennan, Recupero, Cascione, Scungio & McAllister
362 Broadway
Providence, RI 02909
453-2300
Fax: 453-2345

Peter J. Furness, Esq. (#3608)
Sinapi, Formisano & Company, LTD.
100 Midway Place, Suite 1,
Cranston, RI 02920

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within Memo of Law was sent via electronic mail to the following on this the 4th day of September, 2007:

Electronic Mail Notice List – Parties in the case only

The following is the list of parties who are currently on this list to receive e-mail notice/service for this case.

Martin S. Malinou
334 Smith Street
Providence, RI 02908
401-331-6554
Fax: 401-331-6554
Email: mmalinou@net1plus.com

Manual Notice List – Parties in the case only

The following is the list of parties who are not on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

/s/ Lauren F. Verni