UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARTIN S. MALINOU, Appellant, -vs- SEATTLE SAVINGS BANK, and JOHN BOYAJIAN, CHAPTER 13 TRUSTEE, Appellees, | Civil Docket No. 07-139-S<br>On Appeal From Order 8/10/07 Judgment 8/10/07 Text Order 9/6/07 |

On Appeal From United States Bankruptcy Court

**APPELLANT'S RECORD DESIGNATION AND ISSUES STATEMENT**

Appellant Martin S. Malinou designates the following parts of the record for inclusion in the record on appeal to the United States Court of Appeals:

1. USDC docket text from 4/16/07 to ending date
2. USDC Judgment entered 8/10/07 (doc.#7)
3. USDC Amended Memorandum and Order entered 8/10/07 (doc. #8)
4. USDC text order 9/6/07
5. Notice of Appeal to Court of Appeals filed 9/9/07 (doc. #11)
6. Bankruptcy Court appeal record , cover sheet
7. Bankruptcy Clerk's notes, if any, accompanying appeal record and especially related to appellant's motion to settle record
8. Appellee Seattle Sav Bk Motion To Dismiss appeal (doc. #3)
9. Appellant's Objection (Response In Opposition) to motion to dismiss appeal, memorandum with exhibits (Motion in bk ct to settle record, Seattle Savings Bank objection) (USDC doc. #5)
10. USDC Order regarding briefing schedule entered 5/11/07 (doc. #2)

11. Appellant's Motion For Rehearing filed 8/17/07 (doc. #9)
12. Appellee Seattle Sav Bk Response In opposition to rehearing (doc. #10)
13. Bankruptcy Court order (doc. #78) entered 4/2/07
14. Bankruptcy Court order (doc. #79) entered 4/2/07
15. Notice of Appeal filed in bankruptcy court on 3/22/07
    (bk ct doc. #63) and district ct election (bk ct. doc. #64)
    describing appellants appeal from orders (1)
    denying confirmation of ch 13 plan and (2) dismissing case
16. Bankruptcy Court order entered 3/15/07 deny plan -see transcript
17. Bankruptcy Court order entered 3/15/07 dismissal -see transcript
18. Transcript of bk ct hearing/decision 3/15/07
19. Appellant's RECORD DESIGNATION AND ISSUES STATEMENT filed in the bankruptcy court in No. 06-11456 on appeal from judgment order entered 3/29/07 (doc. 71) denying confirmation, along with copies of parts of the bankruptcy court record designated therein.
20. Appellant's RECORD DESIGNATION AND ISSUES STATEMENT filed in the bankruptcy court in No. 06-11456 on appeal from judgment order entered 3/29/07 (doc. 73) dismissing petition, along with copies of parts of the bk ct record designate therein.
21. USDC docket text in cv 07-140-S from 4/16/07 to ending date
22. USDC Memorandum and Order entered 8/10/07 in cv 07-140

Appellant will present the following issues to the Unites States Court Of Appeals:

1. Did the district court arbitrarily dismiss appellant's consolidated appeals from bankruptcy court judgments dismissing his case and denying with prejudice his chapter 13 plan? Yes
2. Is the bankruptcy court record complete as certified to the district court on or about 5/12/07? No
3. Did the district court arbitrarily deny appellant's motion for rehearing of its order in consolidated cases dismissing his appeals from the bankruptcy court orders and judgments entered March 29, 2007? Yes
4. Should the district court remand the consolidated cases to bankruptcy court with instructions to hear and decide appellant's motion to settle the record on appeal? Yes
5. Does the bankruptcy clerk have a clear legal duty to file mark appellant's Motion To Settle The Record presented for filing on 5/10/07 and to file mark appellee Seattle Savings Bank's objection to his motion (showing service on appellant on 5/15/07), docket the appellant's motion and the objection thereto, and certify those documents along with a docket entry showing docketing of the same to the district court? Yes
6. Did the appellant have a clear legal right to file the Motion to Settle Record On Appeal on May 10, 2007? Yes
7. Does the Appellant have a clear legal right to a hearing and decision from bankruptcy court on the merits of his 5/10/07 Motion To Settle Record On Appeal? Yes
8. Did the bankruptcy court err by requiring appellant to file separate notices of appeal from two judgments both entered 3/29/07
   1) denying with prejudice his chapter 13 plan and (2) dismissing his case? Yes
9. Does the instant appeal in case 07-139-S present for review the issues presented in case 07-140-S? Yes

10. Was the appellant's brief due to be filed in the district court fifteen (15) days after May 11, 2007? No. Was the appellant's brief due to be filed in the district court fifteen (15) days after May 12, 2007? No
11. Did the transmission of an incomplete appeal record by the bankruptcy clerk start the running of the fifteen (15) day briefing period for appellant's brief? No
12. All issues described in items 19 and 20 above.

/ s/ MARTIN S. MALINOU

MARTIN S. MALINOU, Pro Se
Appellant
334 Smith Street
Providence, RI 02908
Telephone (410) 331-655

September 19, 2007