07-00139
07-00140
USDC-PR RI
J. Smith

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2436

MARTIN S. MALINOU,

Appellant,

v.

SEATTLE SAVINGS BANK, ET AL.,

Appellees.

Before

Lynch, Chief Judge,
Torruella and Boudin, Circuit Judges.

JUDGMENT

Entered: August 5, 2008

Plaintiff appeals from the dismissal of his case, with prejudice, based on plaintiff's failure to file a brief. We have considered the parties' briefs and the record. Having reviewed the district court's decision for an abuse of discretion, see Tower Ventures, Inc. v. City of Westfield, 296 F.3d 43, 46 (1st Cir. 2002), we affirm. See 1st Cir. R. 27.0(c).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8-27-08

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Martin S. Malinou
John Paul boyajian
Lauren F. Verni
Peter J. Furness
Benjamin Scungio